UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CLAUDIA LAGRANDEUR, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION |
| | ) Docket No.: |
| DYNAMIC RECOVERY SOLUTIONS, | ) |
| Defendant. | ) |

**VERIFIED COMPLAINT**

CLAUDIA LAGRANDEUR (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against DYNAMIC RECOVERY SOLUTIONS, (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

3. Defendant conducts business in the state of Maine, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

5. Plaintiff is a natural person residing in Shapleigh, York County, Maine.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to

- 1 -

PLAINTIFF'S COMPLAINT

Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8. Defendant is a company with its headquarters in Greenville, South Carolina.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant constantly and continuously placed collection calls at least once per week to Plaintiff seeking and demanding payment for an alleged debt she does not owe.

11. Defendant began calling Plaintiff in November 2010 seeking to collect a debt allegedly owed by her daughter, Shannon LaGrandeur.

12. Despite Plaintiff informing Defendant several times that Shannon LaGrandeur has not lived or has not seen her for several years, Defendant continued to place collections calls.

13. Despite Plaintiff informing Defendant several times to stop calling because her husband has stage 4 colon cancer and the telephone calls wakes him up, Defendant continued to place collections calls.

14. Defendant called Plaintiff and would hang up when Plaintiff answered the telephone.

15. Defendant called Plaintiff from 864-371-6451.

16. Defendant would call Plaintiff telephone number 207-636-1159.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

- 2 -

PLAINTIFF'S COMPLAINT

    b. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated §1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant calls Plaintiff and hangs when Plaintiff answers the telephone.

WHEREFORE, Plaintiff, CLAUDIA LAGRANDEUR requests that judgment be entered against Defendant, DYNAMIC RECOVERY SOLUTIONS, for the following:

18. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*.

20. Any other relief that this Honorable Court deems appropriate.

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, CLAUDIA LAGRANDEUR, demands a jury trial in this case.

                                      RESPECTFULLY SUBMITTED,

                                      LAW OFFICE OF DOUGLAS J. JENNINGS *in assoc. with* KROHN & MOSS, LTD.

DATED:                        By: <u>/s/Douglas F. Jennings.</u>
                                      Douglas F. Jennings, Esq.
                                      One Weston Court, Suite 103B
                                      Augusta, ME 04330
                                      dfjlaw@live.com
                                      Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF MAINE

Plaintiff, CLAUDIA LAGRANDEUR, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, CLAUDIA LAGRANDEUR, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 9/1/11

CLAUDIA LAGRANDEUR

*Claudia Lagrandeur* (signature)