UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| CLAUDIA LaGRANDEUR, )<br>)<br>       **PLAINTIFF** )<br>)<br>v. )<br>)<br>DYNAMIC RECOVERY )<br>SOLUTIONS, )<br>)<br>       **DEFENDANT** ) | No. 2:11-CV-338-DBH |

## ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

The plaintiff's motion for default judgment is **GRANTED IN PART AND DENIED IN PART**. The plaintiff has shown no legal authority for including future collection efforts as part of taxable costs. Accordingly, Five Hundred Dollars ($500) shall be subtracted from the requested amount.

It is **ORDERED** that the Clerk enter default judgment in favor of the plaintiff Claudia LaGrandeur and against the defendant Dynamic Recovery Solutions in the amount of One Thousand Dollars ($1,000) in principal damages, attorney fees in the amount of Three Thousand Six Hundred Two Dollars and Fifty Cents ($3,602.50), and taxable costs of Four Hundred Fifteen Dollars ($415), with interest thereon at the federal judgment rate from the time of the entry of judgment.

**SO ORDERED.**

DATED THIS 19TH DAY OF DECEMBER, 2011

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**