UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **CLAUDIA LAGRANDEUR**<br>**Plaintiff,**<br><br>v.<br><br>**DYNAMIC RECOVERY SOLUTIONS**<br>**Defendant,** | )<br>)<br>)<br>)   Civil No. 2:11-cv-338-DBH<br>)<br>)<br>) |

## DEFAULT JUDGMENT

In accordance with the Order on Plaintiff's Motion for Default Judgment, issued by U.S. District Judge D. Brock Hornby on December 16, 2011, Default Judgment is hereby entered in favor of the plaintiff, Claudia LaGrandeur and against the defendant, Dynamic Recovery Solutions in the amount of One Thousand Dollars ($1,000) in principle damages, attorney fees in the amount of Three Thousand Six Hundred Two Dollars and Fifty Cents ($3,602.50), and taxable costs of Four Hundred Fifteen Dollars ($415), with interest thereon at the federal judgment rate from December 19, 2011.

                                                     CHRISTA K. BERRY
                                                     CLERK


                              By:   /s/ Melody Whitten
                                        Melody Whitten
                                        Deputy Clerk

Dated: December 19, 2011